# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-MC-00130-FDW-DSC

| | |
|---|---|
| EPES LOGISTICS SERVICES INC., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEVE CARR AND UNIQUE ) | |
| LOGISTICS INTERNATIONAL (USA) ) | |
| INC., ) | |
| ) | |
| Respondents. ) | |

**THIS MATTER** is before the Court on the "Petition to Enforce Subpoenas," Doc. 1, filed August 26, 2020. Respondent Steve Carr filed a Brief in Opposition, Doc. 5, on September 10, 2020. Respondent Unique Logistics International (USA) Inc. did not respond to the Petition.

On October 1, 2019, Petitioner Epes Logistics Services Inc. filed suit against Marcuslund, Login, Anthony De Piante, Jillian Caron, Brad Wiedner, and Noble Worldwide Logistics LLC in Guilford County Superior Court. Defendants moved to compel arbitration of the claims asserted by Epes. On November 7, 2019, the Superior Court granted Marcuslund's and Login's motions to compel arbitration.

Epes, Marcuslund, and Login thereafter entered into an Arbitration Agreement to proceed according to the Rules of the American Arbitration Association. See Doc. 1-3. As part of the Arbitration Agreement, Epes, Marcuslund, and Login agreed that the arbitrator would have the authority to issue subpoenas for production of documents and appearance of witnesses. Id. at 4.

Epes alleges that Marcuslund and Login "engag[ed] in efforts to take Epes's business and customers as their own, thereby breaching various contractual obligations to Epes and engaging in unfair and deceptive trade practices to the detriment of Epes." Doc. 2 at 3.

On August 3, 2020, Arbitrator Raymond E. Owens, Jr. issued Subpoenas to Carr and Unique. <u>See</u> Doc. 1-4, 1-5, 1-6, 1-7. In subsequent correspondence, counsel for Carr and Unique objected to the Subpoenas. Pursuant to 9 U.S.C. § 7, Epes filed this Motion seeking an order from the Court directing Carr and Unique to fully comply with the Subpoenas.

The Court has carefully considered the record, the authorities, and the parties' arguments. For the reasons stated in Petitioner's briefs, the Petition to Enforce Subpoenas is **GRANTED.**

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 28, 2020

David S. Cayer
United States Magistrate Judge